PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PREMIUM BALLOON ACCESSORIES, INC., | ) ) ) | CASE NO. 1:10cv979 |
| Plaintiff, | ) ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) ) | |
| CREATIVE BALLOONS MFG., INC., | ) ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Defendant. | ) | **ORDER** [Regarding ECF Nos. 84; 91] |

Pending before the Court are Defendant Creative Balloon Manufacturing's ("CBM") Motion for Order that Actual Damages, Defendant's Profits and/or Attorney Fees are Not Available to Plaintiff Under 15 USC Section 1117 of the Lanham Act Given the Prior Findings by the Court (ECF No. 84) and Premium Balloon Accessories's ("PBA") Motion to Strike and/or Brief in Opposition (ECF No. 91). CBM has not replied.

The Court finds that CBM's motion has been brought out of rule. In response to PBA's Motion for a Conference/Hearing on the Issues of Damages and Attorneys' Fees (ECF No. 66), CBM filed an opposition brief (ECF No. 67) wherein CBM raised its objections to PBA's motion for a hearing. The Court overruled CBM's objections and granted PBA's motion for a hearing. ECF No. 78.

(1:10cv979)

Therefore, the Court grants PBA's Motion to Strike (ECF No. 91) CBM's last-minute motion (ECF No. 84) to avoid the Hearing.[1]

IT IS SO ORDERED.

| | |
|---|---|
|  March 25, 2013 |   */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |

---

[1] On March 4, 2013, the Court granted PBA's Motion for Hearing (ECF No. 66) and scheduled the Hearing for March 25, 2013.  ECF No. 78.  CBM filed its Motion for Order that Actual Damages, Defendant's Profits and/or Attorney Fees are Not Available to Plaintiff Under 15 USC Section 1117 of the Lanham Act Given the Prior Findings by the Court (ECF No. 84) on March 15, 2013.

2